# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157052

THE MEISNER LAW GROUP PC,
      Plaintiff-Appellant,

v

WESTON DOWNS CONDOMINIUM
ASSOCIATION,
      Defendant-Appellee.

SC: 157052
COA: 332815
Oakland CC: 2015-149199-CB

_____/

On order of the Court, the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018

Clerk

s1114